IN THE COURT OF CRIMINAL APPEALS PD-0274-15
TRAVIS COUNTY, TEXAS

BRUCE EGRIM JOSEPH
Appellant Pro Se

VS.

THE STATE OF TEXAS
Appellee

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 20 2015

Abel Acosta, Clerk

C.O.A. Case No. 01-00737-CR

Tr. Ct. Cause No's 43.408, 43.408A
No's 1027592, 1046076

__APPELLANT JOSEPH'S MOTION FOR LEAVE TO FILE
APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT__

To THE HONORABLE CLERK:

Now Come Bruce Egrim Joseph himself in the above styled and Cause NO this 4th day of March 2015 addressing this highly esteemed and reputable Supreme Court of Texas in pro se Manner and do hereby bring said Motion for Leave to file Appellant's First Motion for Extension of Time with Brief in Support under pursuant to Tex. R. App. Proc. 66

## I.

Appellant received of the Court First Court of Appeals Order Seek his Motion for En Banc Reconsideration. was denied on the 10th day of February 2015 Appellant received that notification until the 16th day of February 2015.

FILED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

## II.

Appellant understand he deadline for filing his request for Petitione for Discretionary Review to this highly esteemed and reputabls Supreme Court of Texas. within thirty (30 days after Appellant's receipt of the First Court of Appeals's Order. The thirty day after February 10, 2015 is a thurday March 12, 2015 under the Supreme Court of Texas. Rule 68.2(c)

Appellant drafted his Motion for Leave to file Appellant's Motion for Extension of time with the expectation that his deadline for filing his Petition for Discretionary. However Appellant proceeding under an abundance of Caution that this Motion Correstly reflects the Appellant's Deadline to file. Appellant is diligently and willing to Comply. Appellant is not schooled in the law and pleading with the Court Clerk not to be held Somewhat standard as those drafted by trained lawyer, So he Can proceed further. Additional time is required So Appellant Can understand the requisite Showing.

This is the Appellant first request for an extension of time to file his Petition for Discretionary Review. Appellant humbly request the Court to possess him

1.

Sufficient time to file Petition For Discretionary Reveiw, an extension of time for thirty day rather than March 12, 2015 to April 10, 2015 to file his P.D.R;.

## CONCLUSION

For the above reason the Appellant respectfully move this Court to file his Motion for Extension of time. So he can properly file his P.D.R.

WHEREFORE: All premise be Considered. Appellant pray that his motion for leave to file Appellant's First Motion for extension of time.

Respectfully Submitted
Bruce Egrim Joseph

## CERTIFICATE OF SERVICE

I Bruce Egrim Joseph do Certify by penulty of pursury that a true and corrected foregoing Motion for leave to file Appellant's First Motion for Extension of time, has been Serviced by placing Same in the U.S. Mail to the Court Clerk, Ms Abel Acosta, of Travis County, TX. Supreme Court Bldg 201 W. 14th St. P.O. Box 12308, Austin, TX 78711-2308 on this the 5th day of March 2015. (Court Rule 28 U.S.C. 1746)

Respectfully Submitted
Bruce Egrim Joseph
Bruce Egrim Joseph Pro Se
TDCJ-CID# 1411430
Neal Unit 9055 Spur 591
Amarillo, TX 79107-9696

2.